# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**ONYX CORPORATION**                                                               **PLAINTIFF**

**V.**                     **4:14CV00075 JM**

**HANOVER INSURANCE GROUP**                             **DEFENDANT**

## ORDER OF DISMISSAL

The Court has been notified by the parties that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Court retains complete jurisdiction for sixty (60) days for purposes of enforcing the settlement agreement.

IT IS FURTHER ORDERED that all pending motions and deadlines are terminated. The trial set for August 24, 2015 is cancelled.

Dated this 19th day of August, 2015.

_____
James M. Moody Jr.
United States District Judge